UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Matthew Ryan Gieske,

Plaintiff,

v.

Bob Fletcher,

Defendant.

Case No. 26-CV-2988 (KMM/SGE)

ORDER

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Shannon G. Elkins, dated August 20, 2026. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED:

1. The R&R is accepted.
2. Petitioner Matthew Ryan Gieske's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, Dkt. 1 ("Petition") be **DENIED WITHOUT PREJUDICE**, for raising grounds not cognizable in habeas, as to

Grounds 1–4, 21,24, and part of Ground 6, as consistent with the R&R; and **DENIED WITHOUT PREJUDICE,** for failure to exhaust state-court remedies, as to its remaining Grounds.

3. This action be **DISMISSED**.
4. Mr. Gieske's Application to Proceed *In Forma Pauperis*, Dkt. 2, and request for the assistance of counsel, Dkt. 4, be **DENIED AS MOOT**.
5. No certificate of appealability issue.

**Let Judgment Be Entered Accordingly.**

Date: **November 2, 2026**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge